EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 182 |
|---|---|
| Joel E. Reyes Martínez | 196 DPR ____ |

Número del Caso: TS-17,543

Fecha: 8 de agosto de 2016

Abogado del Peticionario:

       Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Joel E. Reyes Martínez                    TS-17,543

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de agosto de 2016.

Examinada la *Moción en Respetuosa Solicitud de Reinstalación* presentada por el Sr. Joel E. Reyes Martínez (peticionario), se le reinstala al ejercicio de la abogacía. No obstante, se le recuerda al peticionario que por encontrarse suspendido de la profesión legal, no debió comparecer ni suscribir su escrito como licenciado. Se le apercibe que, de repetirse esta situación, podrá ser objeto de severas sanciones disciplinarias por parte de este Tribunal. Véase, *In re* Rodríguez Zayas II, 190 DPR 796 (2014).

Esta Resolución tendrá vigencia inmediata. Publíquese.

**Notifíquese inmediatamente por teléfono o correo electrónico, y notifíquese posteriormente por la vía ordinaria.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Feliberti Cintrón proveería *No Ha Lugar* y hace constar la siguiente expresión, a la que se unen los Jueces Asociados señor Estrella Martínez y señor Colón Pérez:

El Juez Asociado señor Feliberti Cintrón hubiera provisto "no ha lugar" a la *Moción en Respetuosa Solicitud de Reinstalación* presentada por el Sr. Joel E. Reyes Martínez por haber comparecido y suscrito la misma como licenciado, a pesar de que se encontraba suspendido del ejercicio de la profesión legal.

La Juez Asociada señora Rodríguez Rodríguez no intervino.


                                        Juan Ernesto Dávila Rivera
                                        Secretario del Tribunal Supremo